UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANGELA LAVIGNA,

                Plaintiff,                NOTICE OF DISMISSAL

    -against-                07-CIV-00949 GLS/RFT

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, LIFE INSURANCE
COMPANY OF NORTH AMERICA A/K/A CIGNA
GROUP INSURANCE and THE HARTFORD LIFE
AND ACCIDENT INSURANCE CO.

                Defendants.

      PLEAS TAKE NOTICE that the plaintiff, Angela Lavigna, dismisses from this action without costs to any party the defendant The Hartford Life Insurance and Accident Co. pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

Dated:      Latham, New York
             October 15, 2007

                              LAW OFFICE OF CRAIG MEYERSON

                              BY:_____
                                 Craig Meyerson
                             *Attorney for Plaintiff*
                             17 British American Boulevard
                             Latham, New York 12110

SO ORDERED:

_____
U.S. District Judge
Date: 10/16/07